IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| KWANE DOZIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-009 |
| | ) | |
| WARDEN PERRY and DEBRA COLLINS, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff has furnished a copy of his inmate account statement[1] and has consented to the collection in installments of the $350.00 filing fee and any costs from his inmate trust account. Based on the information furnished by Plaintiff, the Court **ORDERS** Plaintiff to pay an initial filing fee of **$75.56** within thirty days from the date of this Order.[2]

If Plaintiff does not have sufficient funds in his account to pay the initial partial filing fee of **$75.56**, Plaintiff's custodian (or his designee) shall forward all available funds and carry

---

[1] The Court twice ordered Plaintiff to return his consent to collection of fees form and Prisoner Trust Fund Account Statement as is required to proceed *in forma pauperis* ("IFP"), (doc. nos. 3, 8), but Plaintiff has yet to return the Prisoner Trust Fund Account Statement signed by an authorized prison official. Plaintiff has cited various reasons for not returning the statement, all allegedly beyond his control. (See doc. nos. 6, 9.) Plaintiff did, however, provide a printout of his inmate account statement dated February 21, 2024, showing he has a spendable amount of $377.80. (Doc. no. 7.) Thus, to avoid further delay, the Court will use Plaintiff's inmate account statement to assess his initial filing fee. Plaintiff is also cautioned that any filings made with the Court must be personally signed pursuant to Fed. R. Civ. P. 11(a).

[2] The Clerk is **DIRECTED** to inform the Court immediately of any payment received from Plaintiff of the initial filing fee.

the balance forward each month until the initial partial filing fee is paid in full. Plaintiff shall not be permitted to withdraw funds from his inmate account until this initial fee has been paid.

**IT IS FURTHER ORDERED** that after the initial partial filing fee has been paid, Plaintiff's custodian or his designee shall set aside twenty percent (20%) of all deposits to Plaintiff's trust fund account and forward those funds to the Clerk each time the set aside amount exceeds $10.00 until the $350.00 filing fee has been paid in full.

**IT IS FURTHER ORDERED** that all payments shall be designated as made in payment of the filing fee for Civil Action No. 124-009. In the event Plaintiff is transferred to another institution, Plaintiff's present custodian shall forward a copy of this Order and all financial information concerning payment of the filing fee and costs in this case to Plaintiff's new custodian. The balance due from Plaintiff shall be collected by the custodian at his next institution in accordance with the terms of this Order.

The Clerk of Court is **DIRECTED** to serve this Order on Plaintiff and Plaintiff's custodian (warden).

SO ORDERED this 25th day of March, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA