IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| KWANE DOZIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-009 |
| | ) | |
| WARDEN PERRY and DEBRA COLLINS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which no objections have been filed. While Plaintiff did not file objections, Plaintiff filed an unsigned and undated document labeled as an amended complaint as an attempt to supplement his first amended complaint allegations. (See generally doc. no. 25.) The attempt is procedurally improper because Plaintiff did not seek leave of court, he cannot amend in such a piecemeal manner, and he has already filed an amended complaint once as a matter of course, (see doc. no. 5). Moreover, the attempt is also futile because the supplemental allegations nevertheless fail to state a claim. (See generally doc. no. 25.)

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, **DENIES AS MOOT** Plaintiff's

motion for due process violations, (doc. no. 16), and motion to appoint counsel, (doc. no. 22), and **CLOSES** this civil action.

SO ORDERED this ____18th____ day of June, 2024, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA