AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KWANE DOZIER

    Plaintiff,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV124-009

V.

WARDEN PERRY and DEBRA COLLINS,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered June 18, 2024, the Court adopts as it's opinion the Magistrate Judge's Report and Recommendation, to which no objections have been filed, and dismisses this case without prejudice.  The Court additionally finds Plaintiff's unsigned and undated amended complaint futile because the supplemental allegations fail to state a claim.  Plaintiff's motion for due process violations and motion to appoint counsel are denied as moot.  This case stands closed.

6/18/2024  
*Date*



John E. Triplett, Clerk of Court  
*Clerk*

(By) Deputy Clerk

GAS Rev 10/2020